**LIFSHITZ & MILLER LLP**
Joshua M. Lifshitz
821 Franklin Ave, Suite 209
Garden City, NY 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376
Email: jml@jlclasslaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLENN ELLIS, Individually and on Behalf of All Others Similarly Situated, | Case No. |
| Plaintiff, | **CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |
| v. | **JURY TRIAL DEMANDED** |
| HONGLI CLEAN ENERGY TECHNOLOGIES CORP., JIANHUA LV, SONG LV and ZAN WU, | |
| Defendants. | |

Plaintiff Glenn Ellis ("Plaintiff"), individually and on behalf of all other persons similarly situated, through his undersigned attorneys, for his complaint against Defendants (defined below), alleges the following based upon personal knowledge as to himself and his own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through his attorneys. Plaintiff's Counsel's investigation included, *inter alia*: (i) a review of the Defendants' public documents, conference calls and announcements; (ii) United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Hongli Clean Energy Technologies Corp. ("Hongli" or the "Company"); (iii) analysts' reports and advisories about the Company; and (iv) and information readily obtainable on the

Internet. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.       This is a federal securities class action on behalf of a class consisting of all persons and entities other than Defendants who purchased or otherwise acquired the publicly traded securities of Hongli from September 28, 2012 through April 7, 2017, both dates inclusive (the "Class Period").  Plaintiff seeks to recover compensable damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

2.       During the Class Period, Defendants issued materially false and misleading statements and/or failed to disclose adverse facts in connection with the Company's business, operational and financial results, which were known to Defendants or recklessly disregarded by them.  In particular, Defendants made false and misleading statements and/or failed to disclose, *inter alia*, that: (1) the Company did not properly record the impairment of its assets on its balance sheets during the Class Period in publicly disclosed filing; and (2) as a result, the Company's public statements were materially false and misleading at all relevant times.

3.       On April 13, 2017, the Company filed a current report on Form 8-K with the SEC announcing that Hongli received a "Determination Letter" from the Nasdaq Stock Market LLC ("NASDAQ") on April 7, 2017.  The Determination Letter notified the Company that NASDAQ halted trading of the Company's securities, effective 12:15 p.m. on April 10, 2017, for "additional information requested" from the Company and for "failure to comply with Nasdaq Listing Rule 5250(c)(1)…."

4.      On April 21, 2017, the Company revealed that it dismissed KSP Group, Inc. ("KSP") as its independent auditor and stated that KSP had no disagreements with Hongli as to its accounting practices.

5.      On April 26, 2017, Hongli disclosed that KSP believed a disagreement did exist at the time Hongli dismissed KSP as KSP disagreed with the timing and manner in which Hongli valued a substantial amount of assets on its balance sheets, as further described below.

6.      As a result of Defendants' false and misleading statements and/or material omissions of adverse facts, Hongli's securities traded at artificially inflated prices during the Class Period.  However, after the above revelations seeped into the market, the Company's securities continued to decline and have subsequently been suspended from trading completely.

## JURISDICTION AND VENUE

7.      The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and §78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

8.      This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §1331 and §27 of the Exchange Act.

9.      Venue is proper in this judicial district pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b) as a significant portion of Defendants' actions, and subsequent damages, took place within this judicial district.

10.      In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## THE PARTIES

11.    Plaintiff Glenn Ellis ("Plaintiff"), as set forth in the accompanying Certification, purchased the Company's securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosure.

12.    Defendant Hongli is a Florida corporation that is based in the Henan Province in the People's Republic of China, with its principal executive offices are located at Kuanggong Road and Tiyu Road, 10/F, Xinhua District, Pingdingshan, Henan Province, China. The Company's securities were traded on the Nasdaq Stock Market ("NASDAQ") under the ticker symbol "CETC."

13.    Defendant Jianhua Lv ("J. Lv") has been the Company's Chief Executive Officer ("CEO"), President and Chairman of the Board since February 5, 2010.

14.    Defendant Song Lv ("S. Lv") was the Company's Chief Financial Officer ("CFO") from April 18, 2014 until his resignation on August 3, 2016.

15.    Defendant Zan Wu ("Wu") was the Company's CFO from February 5, 2010 until his resignation, which became effective on April 18, 2014.  Upon defendant Wu's resignation, defendant S. Lv was appointed as the new CFO of Hongli.

16.    Defendants J. Lv, S. Lv and Wu are collectively referred to herein as the "Individual Defendants."

17.    Defendant Hongli and the Individual Defendants are collectively referred to herein as the "Defendants."

18.    Each of the Individual Defendants: (a) directly participated in the management of the Company; (b) was directly involved in the day-to-day operations of the Company at the highest levels; (c) was privy to confidential proprietary information concerning the Company and

its business and operations; (d) was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein; (e) was directly or indirectly involved in the oversight or implementation of the Company's internal controls; (f) was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or (g) approved or ratified these statements in violation of the federal securities laws.

## SUBSTANTIVE ALLEGATIONS

### Background of the Company

19.    The Company was incorporated in Florida on September 30, 1996, originally under the name "J. B. Financial Services, Inc."  From the date of incorporation until August 24, 1999, the Company had no material business and no material revenues, expenses, assets or liabilities.  On July 19, 1999, the Company changed its name to "Ableauctions.com, Inc.," and subsequently operated as an online auction business and a real estate business.

20.    On December 30, 2009, the Company's shareholders approved a Plan and Agreement of Share Exchange, dated July 17, 2009, with Top Favour under which the Company agreed to acquire all of the outstanding capital stock of Top Favour in exchange for the issuance of 13,117,952 shares of the Company's common stock to the shareholders of Top Favour (the "Share Exchange"). The Share Exchange was consummated on February 5, 2010 and changed the name from "Ableauctions.com, Inc." to "SinoCoking Coal and Coke Chemical Industries, Inc." ("SinoCoking") to reflect the business of Top Favour.

21.    On March 11, 2010, the Company completed two private placement financings, pursuant to exemptions under Regulation S and Regulation D, respectively, in which the Company sold and issued a total of 7,344,935 shares of common stock, and five-year warrants

for the purchase of an additional 3,789,631 shares of common stock, resulting in aggregate proceeds of $44 million.

22.    The Company, formerly known as SinoCoking, officially changed its name to Hongli Clean Energy Technologies Corp. upon the majority vote of common stock at the June 30, 2015 annual meeting of shareholders, with the change to become effective on July 13, 2015, at which time the Company started trading on the NASDAQ Capital Market under the aforesaid name and trading symbol of "CETC" on July 28, 2015.

23.    The Company is a vertically integrated coal and coke producer based in Henan Province, People's Republic of China ("PRC" or "China").   Hongli's products include raw coal, washed coal, "medium" or mid-coal, coal slurries, coke, coal tar and crude benzol.

## Defendants Issue Materially False and Misleading
## Statements and/or Omit Material Adverse Facts Concerning the Company

24.    On September 28, 2012, the Company filed a Form 10-K for the fiscal year ended June 30, 2012 with the SEC (the "2011 10-K"), which provided the Company's year-end financial results and position. The 2011 10-K was signed by Defendants J. Lv and Wu. The 2011 10-K also contained signed certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") by Defendants J. Lv and Wu.

25.    The 2011 10-K included the following consolidated balance sheets:

SINOCOKING COAL AND COKE CHEMICAL INDUSTRIES, INC. AND SUBSIDIARIES

CONSOLIDATED BALANCE SHEETS

|  | AS OF JUNE 30, | |
| --- | --- | --- |
|  | 2012 | 2011 |
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash | $   2,366,718 | $ 26,266,687 |
| Restricted cash | 9,668,000 | 8,320,500 |
| Accounts receivable, trade, net | 12,017,231 | 8,489,272 |
| Notes receivable, trade | 14,176,800 | - |

| | | |
|---|---:|---:|
| Notes receivable, mine acquisition | 9,155,520 | - |
| Other receivables | 1,412,008 | 232,126 |
| Loans receivable | 9,849,937 | 16,764,390 |
| Refundable deposit | 4,752,000 | - |
| Inventories | 2,382,444 | 3,010,926 |
| Advances to suppliers | 12,267,806 | 8,994,833 |
| Advances to suppliers - related parties | - | 575,700 |
| Prepaid expenses | 633,313 | - |
| Total current assets | 78,681,777 | 72,654,434 |
| | | |
| PLANT AND EQUIPMENT, net | 16,211,984 | 17,157,542 |
| | | |
| CONSTRUCTION IN PROGRESS | 39,379,553 | 23,204,544 |
| | | |
| OTHER ASSETS | | |
| Prepayments | 36,071,853 | 42,661,993 |
| Intangible assets, net | 31,635,487 | 31,328,852 |
| Long-term investments | 2,825,730 | 2,753,660 |
| Other assets | 110,880 | 108,290 |
| Total other assets | 70,643,950 | 76,852,795 |
| | | |
| Total assets | $204,917,264 | $189,869,315 |

## LIABILITIES AND EQUITY

| | | |
|---|---:|---:|
| CURRENT LIABILITIES | | |
| Short term loans - banks | $ 26,294,400 | $   4,950,400 |
| Accounts payable, trade | 4,023 | 144,147 |
| Notes payable | 4,752,000 | - |
| Other payables and accrued liabilities | 802,028 | 1,271,585 |
| Other payables - related parties | 156,227 | 455,768 |
| Acquisition payable | 4,593,600 | 154,700 |
| Customer deposits | 138,457 | 127,965 |
| Taxes payable | 1,522,062 | 2,856,671 |
| Total current liabilities | 38,262,797 | 9,961,236 |
| | | |
| LONG TERM LIABILITIES | | |
| Long term loans | 36,432,000 | 55,692,000 |
| Warrants liability | 716,648 | 5,569,047 |
| Total long term liabilities | 37,148,648 | 61,261,047 |
| | | |
| Total liabilities | 75,411,445 | 71,222,283 |

COMMITMENTS AND CONTINGENCIES

| | | |
|---|---:|---:|
| EQUITY | | |
| Common shares, $0.001 par value, 100,000,000 authorized, 21,121,372 and 21,090,948 issued and outstanding as of June 30, 2012 and June 30, 2011, respectively | 21,121 | 21,091 |
| Additional paid-in capital | 3,592,053 | 3,442,083 |
| Statutory reserves | 3,689,941 | 3,403,793 |
| Retained earnings | 110,257,132 | 98,004,993 |
| Accumulated other comprehensive income | 7,613,972 | 5,111,872 |
| Total SinoCoking Coal and Coke Chemicals Industries, Inc's equity | 125,174,219 | 109,983,832 |

| | | |
|---|---:|---:|
| NONCONTROLLING INTERESTS | 4,331,600 | 8,663,200 |
| Total equity | 129,505,819 | 118,647,032 |
| Total liabilities and equity | $204,917,264 | $189,869,315 |

26.     On November 14, 2012, the Company filed a Form 10-Q for the quarter ended September 30, 2012 with the SEC (the "2012 Q1 10-Q"), which provided the Company's year-end financial results and position. The 2012 Q1 10-Q was signed by Defendants J. Lv and Wu. The 2012 Q1 10-Q also contained signed SOX certifications by Defendants J. Lv and Wu.

27.     The 2012 Q1 10-Q included the following consolidated balance sheets:

SINOCOKING COAL AND COKE CHEMICAL INDUSTRIES, INC. AND SUBSIDIARIES

CONDENSED CONSOLIDATED BALANCE SHEETS
(UNAUDITED)

ASSETS

| | September 30, 2012 | June 30, 2012 |
|---|---:|---:|
| CURRENT ASSETS | | |
| Cash | $     410,594 | $   2,366,718 |
| Restricted cash | 8,081,000 | 9,668,000 |
| Accounts receivable, trade, net | 11,632,935 | 12,017,231 |
| Notes receivable, trade | 6,388,164 | 14,176,800 |
| Notes receivable, mine acquisition | - | 9,155,520 |
| Other receivables | 635,932 | 1,412,008 |
| Loans receivable | 8,933,037 | 9,849,937 |
| Refundable deposit | 4,743,000 | 4,752,000 |
| Inventories | 3,543,090 | 2,382,444 |
| Advances to suppliers | 7,344,232 | 12,267,806 |
| Prepaid expenses | 391,870 | 633,313 |
| Total current assets | 52,103,854 | 78,681,777 |
| PLANT AND EQUIPMENT, net | 15,861,813 | 16,211,984 |
| CONSTRUCTION IN PROGRESS | 39,304,970 | 39,379,553 |
| OTHER ASSETS | | |
| Prepayments | 60,635,515 | 36,071,853 |
| Intangible assets, net | 31,558,360 | 31,635,487 |
| Long-term investments | 2,820,378 | 2,825,730 |
| Other assets | 110,670 | 110,880 |
| Total other assets | 95,124,923 | 70,643,950 |
| Total assets | $ 202,395,560 | $ 204,917,264 |

LIABILITIES AND EQUITY

| | | |
|---|---:|---:|
| **CURRENT LIABILITIES** | | |
| Short term loans - banks | $ 26,244,600 | $ 26,294,400 |
| Accounts payable, trade | 570 | 4,023 |
| Notes payable | 3,162,000 | 4,752,000 |
| Other payables and accrued liabilities | 878,330 | 802,028 |
| Other payables - related parties | 188,829 | 156,227 |
| Acquisition payable | 4,584,900 | 4,593,600 |
| Customer deposits | 138,195 | 138,457 |
| Taxes payable | 914,981 | 1,522,062 |
| Total current liabilities | 36,112,405 | 38,262,797 |
| | | |
| **LONG TERM LIABILITIES** | | |
| Long term loans | 36,363,000 | 36,432,000 |
| Warrants liability | 43,118 | 716,648 |
| Total long term liabilities | 36,406,118 | 37,148,648 |
| | | |
| Total liabilities | 72,518,523 | 75,411,445 |
| | | |
| **COMMITMENTS AND CONTINGENCIES** | | |
| | | |
| **EQUITY** | | |
| Common shares, $0.001 par value, 100,000,000 authorized, | | |
| 21,121,372 issued and outstanding as of | | |
| September 30, 2012 and June 30, 2012 | 21,121 | 21,121 |
| Additional paid-in capital | 3,592,053 | 3,592,053 |
| Statutory reserves | 3,689,941 | 3,689,941 |
| Retained earnings | 110,917,045 | 110,257,132 |
| Accumulated other comprehensive income | 7,325,277 | 7,613,972 |
| Total SinoCoking Coal and Coke Chemicals Industries, Inc's  equity | 125,545,437 | 125,174,219 |
| | | |
| NONCONTROLLING INTERESTS | 4,331,600 | 4,331,600 |
| | | |
| Total equity | 129,877,037 | 129,505,819 |
| | | |
| Total liabilities and equity | $ 202,395,560 | $ 204,917,264 |

28.     On February 14, 2013, the Company filed a Form 10-Q for the quarter ended December 31, 2012 with the SEC (the "2012 Q2 10-Q"), which provided the Company's year-end financial results and position. The 2012 Q2 10-Q was signed by Defendants J. Lv and Wu. The 2012 Q2 10-Q also contained signed SOX certifications by Defendants J. Lv and Wu.

29.     The 2012 Q2 10-Q included the following consolidated balance sheets:

SINOCOKING COAL AND COKE CHEMICAL INDUSTRIES, INC. AND SUBSIDIARIES

CONDENSED CONSOLIDATED BALANCE SHEETS
(UNAUDITED)

| | December 31, | June 30, |
|---|---|---|
| | 2012 | 2012 |

ASSETS

**CURRENT ASSETS**

| | | |
|---|---:|---:|
| Cash | $ 216,201 | $ 2,366,718 |
| Restricted cash | 6,500,000 | 9,668,000 |
| Accounts receivable, trade, net | 14,884,162 | 12,017,231 |
| Notes receivable, trade | 237,750 | 14,176,800 |
| Notes receivable, mine acquisition | - | 9,155,520 |
| Other receivables | 685,985 | 1,412,008 |
| Loans receivable | 8,112,037 | 9,849,937 |
| Refundable deposit | 4,755,000 | 4,752,000 |
| Inventories | 2,890,260 | 2,382,444 |
| Advances to suppliers | 7,841,780 | 12,267,806 |
| Prepaid expenses | 196,716 | 633,313 |
| Total current assets | 46,319,891 | 78,681,777 |
| | | |
| **PLANT AND EQUIPMENT, net** | 15,568,206 | 16,211,984 |
| | | |
| **CONSTRUCTION IN PROGRESS** | 39,404,413 | 39,379,553 |
| | | |
| **OTHER ASSETS** | | |
| Prepayments | 60,788,925 | 36,071,853 |
| Intangible assets, net | 31,620,946 | 31,635,487 |
| Long-term investments | 2,827,514 | 2,825,730 |
| Other assets | 110,950 | 110,880 |
| Total other assets | 95,348,335 | 70,643,950 |
| | | |
| Total assets | $196,640,845 | $204,917,264 |

LIABILITIES AND EQUITY

**CURRENT LIABILITIES**

| | | |
|---|---:|---:|
| Short term loan - bank | $ 5,706,000 | $ 5,702,400 |
| Current maturity of long term loan | 23,775,000 | 20,592,000 |
| Accounts payable, trade | 572 | 4,023 |
| Notes payable | - | 4,752,000 |
| Other payables and accrued liabilities | 980,952 | 802,028 |
| Other payables - related parties | 189,711 | 156,227 |
| Acquisition payable | 4,596,500 | 4,593,600 |
| Customer deposits | 138,545 | 138,457 |
| Taxes payable | 1,732,681 | 1,522,062 |
| Total current liabilities | 37,119,961 | 38,262,797 |
| | | |
| **LONG TERM LIABILITIES** | | |
| Long term loan | 28,530,000 | 36,432,000 |
| Warrants liability | 1,801 | 716,648 |
| Total long term liabilities | 28,531,801 | 37,148,648 |
| | | |
| Total liabilities | 65,651,762 | 75,411,445 |

**COMMITMENTS AND CONTINGENCIES**

**EQUITY**

| | | |
|---|---:|---:|
| Common stock, $0.001 par value, 100,000,000 authorized, 21,121,372 shares issued and outstanding | 21,121 | 21,121 |

| | | |
|---|--:|--:|
| Additional paid-in capital | 3,592,053 | 3,592,053 |
| Statutory reserves | 3,689,941 | 3,689,941 |
| Retained earnings | 111,748,770 | 110,257,132 |
| Accumulated other comprehensive income | 7,605,598 | 7,613,972 |
| Total SinoCoking Coal and Coke Chemicals Industries, Inc's equity | 126,657,483 | 125,174,219 |
| | | |
| NONCONTROLLING INTERESTS | 4,331,600 | 4,331,600 |
| | | |
| Total equity | 130,989,083 | 129,505,819 |
| | | |
| Total liabilities and equity | $196,640,845 | $204,917,264 |

30.     On May 14, 2013, the Company filed a Form 10-Q for the quarter ended March 31, 2013 with the SEC (the "2012 Q3 10-Q"), which provided the Company's year-end financial results and position. The 2012 Q3 10-Q was signed by Defendants J. Lv and Wu.  The 2012 Q3 10-Q also contained signed SOX certifications by Defendants J. Lv and Wu.

31.     The 2012 Q3 10-Q included the following consolidated balance sheets:

SINOCOKING COAL AND COKE CHEMICAL INDUSTRIES, INC. AND SUBSIDIARIES

CONDENSED CONSOLIDATED BALANCE SHEETS
(UNAUDITED)

ASSETS

| | March 31, 2013 | June 30, 2012 |
|---|--:|--:|
| CURRENT ASSETS | | |
| Cash | $    2,081,078 | $    2,366,718 |
| Restricted cash | 16,064,000 | 9,668,000 |
| Accounts receivable, trade, net | 8,382,172 | 12,017,231 |
| Notes receivable, trade | - | 14,176,800 |
| Notes receivable, mine acquisition | - | 9,155,520 |
| Other receivables | 4,398,235 | 1,412,008 |
| Loans receivable | 17,596,037 | 9,849,937 |
| Refundable deposit | 4,782,000 | 4,752,000 |
| Inventories | 3,015,779 | 2,382,444 |
| Advances to suppliers | 9,677,328 | 12,267,806 |
| Prepaid expenses | 2,702 | 633,313 |
| Total current assets | 65,999,331 | 78,681,777 |
| | | |
| PLANT AND EQUIPMENT, net | 15,372,456 | 16,211,984 |
| | | |
| CONSTRUCTION IN PROGRESS | 39,628,161 | 39,379,553 |
| | | |
| OTHER ASSETS | | |
| Prepayments | 61,134,100 | 36,071,853 |
| Intangible assets, net | 31,783,145 | 31,635,487 |
| Long-term investments | 2,843,569 | 2,825,730 |

| | | |
|---|---:|---:|
| Other assets | 111,580 | 110,880 |
| Total other assets | 95,872,394 | 70,643,950 |
| | | |
| Total assets | $ 216,872,342 | $ 204,917,264 |

LIABILITIES AND EQUITY

| | | |
|---|---:|---:|
| CURRENT LIABILITIES | | |
| Short term loan - bank | $    15,302,400 | $      5,702,400 |
| Current maturity of long term loan | 23,910,000 | 20,592,000 |
| Accounts payable, trade | - | 4,023 |
| Notes payable | 9,564,000 | 4,752,000 |
| Other payables and accrued liabilities | 1,241,572 | 802,028 |
| Other payables - related parties | 167,787 | 156,227 |
| Acquisition payable | 4,622,600 | 4,593,600 |
| Customer deposits | 126,018 | 138,457 |
| Taxes payable | 1,089,367 | 1,522,062 |
| Total current liabilities | 56,023,744 | 38,262,797 |
| | | |
| LONG TERM LIABILITIES | | |
| Long term loan | 28,692,000 | 36,432,000 |
| Warrants liability | 651 | 716,648 |
| Total long term liabilities | 28,692,651 | 37,148,648 |
| | | |
| Total liabilities | 84,716,395 | 75,411,445 |
| | | |
| COMMITMENTS AND CONTINGENCIES | | |
| | | |
| EQUITY | | |
| Common stock, $0.001 par value, 100,000,000 shares authorized, | | |
| 21,121,372 shares issued and outstanding | 21,121 | 21,121 |
| Additional paid-in capital | 3,592,053 | 3,592,053 |
| Statutory reserves | 3,689,941 | 3,689,941 |
| Retained earnings | 112,253,550 | 110,257,132 |
| Accumulated other comprehensive income | 8,267,682 | 7,613,972 |
| Total SinoCoking Coal and Coke Chemicals Industries, Inc's equity | 127,824,347 | 125,174,219 |
| | | |
| NONCONTROLLING INTERESTS | 4,331,600 | 4,331,600 |
| | | |
| Total equity | 132,155,947 | 129,505,819 |
| | | |
| Total liabilities and equity | $ 216,872,342 | $ 204,917,264 |

32.     On September 30, 2013, the Company filed a Form 10-K for the fiscal year ended June 30, 2013 with the SEC (the "2012 10-K"), which provided the Company's year-end financial results and position. The 2012 10-K was signed by Defendants J. Lv and Wu. The 2012 10-K also contained signed SOX certifications by Defendants J. Lv and Wu.

33.     The 2012 10-K included the following consolidated balance sheets:

SINOCOKING COAL AND COKE CHEMICAL INDUSTRIES, INC. AND SUBSIDIARIES

CONSOLIDATED BALANCE SHEETS

ASSETS

| | | AS OF JUNE 30, | |
| | | 2013 | 2012 |
|---|---|---|---|
| CURRENT ASSETS | | | |
| Cash | $ | 782,018 | $ 2,366,718 |
| Restricted cash | | 9,708,000 | 9,668,000 |
| Accounts receivable, trade | | 9,474,197 | 12,017,231 |
| Notes receivable, trade | | - | 14,176,800 |
| Notes receivable, mine acquisition | | - | 9,155,520 |
| Other receivables | | 4,334,370 | 1,412,008 |
| Loans receivable | | 8,032,037 | 9,849,937 |
| Inventories | | 3,018,909 | 2,382,444 |
| Advances to suppliers | | 8,791,837 | 12,267,806 |
| Refundable deposit | | - | 4,752,000 |
| Prepaid expenses | | - | 633,313 |
| Total current assets | | 44,141,368 | 78,681,777 |
| | | | |
| PLANT AND EQUIPMENT, net | | 15,269,766 | 16,211,984 |
| | | | |
| CONSTRUCTION IN PROGRESS | | 40,224,821 | 39,379,553 |
| | | | |
| OTHER ASSETS | | | |
| Refundable deposit | | 4,854,000 | - |
| Prepayments | | 61,562,890 | 36,071,853 |
| Intangible assets, net | | 32,244,071 | 31,635,487 |
| Long-term investments | | 2,886,383 | 2,825,730 |
| Other assets | | 113,260 | 110,880 |
| Total other assets | | 101,660,604 | 70,643,950 |
| | | | |
| Total assets | | $201,296,559 | $204,917,264 |

LIABILITIES AND EQUITY

| | | | |
|---|---|---|---|
| CURRENT LIABILITIES | | | |
| Short term loan - bank | $ | - | $ 5,702,400 |
| Current maturity of long term loan | | 50,158,000 | 20,592,000 |
| Accounts payable, trade | | 183,504 | 4,023 |
| Notes payable | | 9,708,000 | 4,752,000 |
| Other payables and accrued liabilities | | 2,229,341 | 802,028 |
| Other payables - related parties | | 140,465 | 156,227 |
| Acquisition payable | | 4,692,200 | 4,593,600 |
| Customer deposits | | 208,815 | 138,457 |
| Taxes payable | | 1,133,450 | 1,522,062 |
| Total current liabilities | | 68,453,775 | 38,262,797 |
| | | | |
| LONG TERM LIABILITIES | | | |
| Long term loan | | - | 36,432,000 |
| Warrants liability | | 21 | 716,648 |
| Total long term liabilities | | 21 | 37,148,648 |

| | | |
|---|---:|---:|
| Total liabilities | 68,453,796 | 75,411,445 |
| | | |
| COMMITMENTS AND CONTINGENCIES | | |
| | | |
| EQUITY | | |
| Common stock, $0.001 par value, 100,000,000 shares authorized, | | |
| 21,121,372 shares issued and outstanding | 21,121 | 21,121 |
| Additional paid-in capital | 3,592,053 | 3,592,053 |
| Statutory reserves | 3,689,941 | 3,689,941 |
| Retained earnings | 111,304,825 | 110,257,132 |
| Accumulated other comprehensive income | 9,903,223 | 7,613,972 |
| Total SinoCoking Coal and Coke Chemicals Industries, Inc's equity | 128,511,163 | 125,174,219 |
| | | |
| NONCONTROLLING INTERESTS | 4,331,600 | 4,331,600 |
| | | |
| Total equity | 132,842,763 | 129,505,819 |
| | | |
| Total liabilities and equity | $201,296,559 | $204,917,264 |

34.    On November 14, 2013, the Company filed a Form 10-Q for the quarter ended September 30, 2013 with the SEC (the "2013 Q1 10-Q"), which provided the Company's year-end financial results and position. The 2013 Q1 10-Q was signed by Defendants J. Lv and Wu. The 2013 Q1 10-Q also contained signed SOX certifications by Defendants J. Lv and Wu.

35.    The 2013 Q1 10-Q included the following consolidated balance sheets:

SINOCOKING COAL AND COKE CHEMICAL INDUSTRIES, INC. AND SUBSIDIARIES

CONDENSED CONSOLIDATED BALANCE SHEETS
(UNAUDITED)

| | September 30, 2013 | June 30, 2013 |
|---|---:|---:|
| ASSETS | | |
| | | |
| CURRENT ASSETS | | |
| Cash | $ 289,045 | $ 782,018 |
| Restricted cash | - | 9,708,000 |
| Accounts receivable, trade | 9,278,327 | 9,474,197 |
| Other receivables | 5,609,859 | 4,334,370 |
| Loans receivable | 8,032,037 | 8,032,037 |
| Inventories | 2,281,139 | 3,018,909 |
| Advances to suppliers | 9,449,497 | 8,791,837 |
| Prepaid expenses | 270,655 | - |
| Total current assets | 35,210,559 | 44,141,368 |
| | | |
| PLANT AND EQUIPMENT, net | 15,082,867 | 15,269,766 |
| | | |
| CONSTRUCTION IN PROGRESS | 40,473,429 | 40,224,821 |

OTHER ASSETS

| | | |
|---|---:|---:|
| Refundable deposit | 4,884,000 | 4,854,000 |
| Prepayments | 61,943,378 | 61,562,890 |
| Intangible assets, net | 32,425,631 | 32,244,071 |
| Long-term investments | 2,904,223 | 2,886,383 |
| Other assets | 113,960 | 113,260 |
| Total other assets | 102,271,192 | 101,660,604 |
| | | |
| Total assets | $ 193,038,047 | $201,296,559 |

LIABILITIES AND EQUITY

CURRENT LIABILITIES

| | | |
|---|---:|---:|
| Current maturity of long term loan | $ - | $ 50,158,000 |
| Accounts payable, trade | 379,657 | 183,504 |
| Notes payable | - | 9,708,000 |
| Other payables and accrued liabilities | 901,107 | 2,229,362 |
| Other payables - related parties | 379,182 | 140,465 |
| Acquisition payable | 4,721,200 | 4,692,200 |
| Customer deposits | 128,706 | 208,815 |
| Taxes payable | 1,211,101 | 1,133,450 |
| Total current liabilities | 7,720,953 | 68,453,796 |

LONG TERM LIABILITIES

| | | |
|---|---:|---:|
| Long term loan | 50,468,000 | - |
| Total long term liabilities | 50,468,000 | - |
| | | |
| Total liabilities | 58,188,953 | 68,453,796 |

COMMITMENTS AND CONTINGENCIES

EQUITY

| | | |
|---|---:|---:|
| Common stock, $0.001 par value, 100,000,000 shares authorized, 21,121,372 shares issued and outstanding | 21,121 | 21,121 |
| Additional paid-in capital | 3,592,053 | 3,592,053 |
| Statutory reserves | 3,689,941 | 3,689,941 |
| Retained earnings | 112,465,709 | 111,304,825 |
| Accumulated other comprehensive income | 10,748,670 | 9,903,223 |
| Total SinoCoking Coal and Coke Chemicals Industries, Inc's equity | 130,517,494 | 128,511,163 |
| | | |
| NONCONTROLLING INTERESTS | 4,331,600 | 4,331,600 |
| | | |
| Total equity | 134,849,094 | 132,842,763 |
| | | |
| Total liabilities and equity | $ 193,038,047 | $201,296,559 |

36.     On February 19, 2014, the Company filed a Form 10-Q for the quarter ended December 31, 2013 with the SEC (the "2013 Q2 10-Q"), which provided the Company's year-end financial results and position. The 2013 Q2 10-Q was signed by Defendants J. Lv and S. Lv. The 2013 Q2 10-Q also contained signed SOX certifications by Defendants J. Lv and S. Lv.

37.    The 2013 Q2 10-Q included the following consolidated balance sheets:

SINOCOKING COAL AND COKE CHEMICAL INDUSTRIES, INC. AND SUBSIDIARIES

CONDENSED CONSOLIDATED BALANCE SHEETS
(UNAUDITED)

| | December 31, 2013 | June 30, 2013 |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash | $ 87,328 | $ 782,018 |
| Restricted cash | - | 9,708,000 |
| Accounts receivable, trade | 13,561,596 | 9,474,197 |
| Other receivables and deposits | 5,790,761 | 4,334,370 |
| Loans receivable | 8,032,037 | 8,032,037 |
| Inventories | 3,601,486 | 3,018,909 |
| Advances to suppliers | 6,893,705 | 8,791,837 |
| Prepaid expenses | 194,530 | - |
| Total current assets | 38,161,443 | 44,141,368 |
| | | |
| PLANT AND EQUIPMENT, net | 14,867,527 | 15,269,766 |
| | | |
| CONSTRUCTION IN PROGRESS | 40,697,177 | 40,224,821 |
| | | |
| **OTHER ASSETS** | | |
| Refundable deposit | 4,911,000 | 4,854,000 |
| Prepayments | 62,285,817 | 61,562,890 |
| Intangible assets, net | 32,587,066 | 32,244,071 |
| Long-term investments | 2,920,278 | 2,886,383 |
| Other assets | 114,590 | 113,260 |
| Total other assets | 102,818,751 | 101,660,604 |
| | | |
| Total assets | $ 196,544,898 | $ 201,296,559 |
| | | |
| **LIABILITIES AND EQUITY** | | |
| **CURRENT LIABILITIES** | | |
| Current maturity of long term loan | $ - | $ 50,158,000 |
| Accounts payable, trade | 1,658,892 | 183,504 |
| Notes payable | - | 9,708,000 |
| Other payables and accrued liabilities | 2,250,705 | 2,229,362 |
| Other payables - related parties | 304,513 | 140,465 |
| Acquisition payable | 4,747,300 | 4,692,200 |
| Customer deposits | 129,417 | 208,815 |
| Taxes payable | 1,208,325 | 1,133,450 |
| Total current liabilities | 10,299,152 | 68,453,796 |
| | | |
| **LONG TERM LIABILITIES** | | |
| Long term loan | 50,747,000 | - |
| Total long term liabilities | 50,747,000 | - |
| | | |
| Total liabilities | 61,046,152 | 68,453,796 |

| COMMITMENTS AND CONTINGENCIES | | |
|---|---|---|
| **EQUITY** | | |
| Common stock, $0.001 par value, 100,000,000 shares authorized, 21,121,372 shares issued and outstanding | 21,121 | 21,121 |
| Additional paid-in capital | 3,592,053 | 3,592,053 |
| Statutory reserves | 3,689,941 | 3,689,941 |
| Retained earnings | 112,359,051 | 111,304,825 |
| Accumulated other comprehensive income | 11,504,980 | 9,903,223 |
| Total SinoCoking Coal and Coke Chemicals Industries, Inc.'s equity | 131,167,146 | 128,511,163 |
| NONCONTROLLING INTERESTS | 4,331,600 | 4,331,600 |
| Total equity | 135,498,746 | 132,842,763 |
| Total liabilities and equity | $ 196,544,898 | $ 201,296,559 |

38.    On May 23, 2014, the Company filed a Form 10-Q for the quarter ended March 31, 2014 with the SEC (the "2013 Q3 10-Q"), which provided the Company's year-end financial results and position. The 2013 Q3 10-Q was signed by Defendants J. Lv and S. Lv.  The 2013 Q3 10-Q also contained signed SOX certifications by Defendants J. Lv and S. Lv.

39.    The 2013 Q3 10-Q included the following consolidated balance sheets:

SINOCOKING COAL AND COKE CHEMICAL INDUSTRIES, INC. AND SUBSIDIARIES

CONDENSED CONSOLIDATED BALANCE SHEETS

| | March 31, 2014 (Unaudited) | June 30, 2013 |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash | $      204,341 | $      782,018 |
| Restricted cash | - | 9,708,000 |
| Accounts receivable, trade | 9,541,195 | 9,474,197 |
| Other receivables and deposits | 5,657,649 | 4,334,370 |
| Loans receivable | 8,032,037 | 8,032,037 |
| Inventories | 5,237,164 | 3,018,909 |
| Advances to suppliers | 10,766,840 | 8,791,837 |
| Total current assets | 39,439,226 | 44,141,368 |
| PLANT AND EQUIPMENT, net | 14,681,701 | 15,269,766 |
| CONSTRUCTION IN PROGRESS | 40,346,044 | 40,224,821 |
| **OTHER ASSETS** | | |
| Refundable deposit | 4,868,628 | 4,854,000 |
| Prepayments | 61,748,418 | 61,562,890 |

17

| | | |
|---|---:|---:|
| Intangible assets, net | 32,288,238 | 32,244,071 |
| Long-term investments | 2,895,082 | 2,886,383 |
| Other assets | 113,601 | 113,260 |
| Total other assets | 101,913,967 | 101,660,604 |
| | | |
| Total assets | $196,380,938 | $201,296,559 |

### LIABILITIES AND EQUITY

| | | |
|---|---:|---:|
| CURRENT LIABILITIES | | |
| Current maturity of long-term loan | $ - | $ 50,158,000 |
| Accounts payable, trade | 1,842,946 | 183,504 |
| Notes payable | - | 9,708,000 |
| Other payables and accrued liabilities | 2,983,099 | 2,229,341 |
| Other payables - related party | 318,416 | 140,465 |
| Acquisition payable | 4,706,341 | 4,692,200 |
| Customer deposits | 128,301 | 208,815 |
| Taxes payable | 1,049,293 | 1,133,450 |
| Total current liabilities | 11,028,396 | 68,453,775 |
| | | |
| LONG TERM LIABILITIES | | |
| Long-term loan | 50,309,158 | - |
| Warrants liability | 9 | 21 |
| Total long term liabilities | 50,309,167 | 21 |
| | | |
| Total liabilities | 61,337,563 | 68,453,796 |
| | | |
| COMMITMENTS AND CONTINGENCIES | | |
| | | |
| EQUITY | | |
| Common stock, $0.001 par value, 100,000,000 shares authorized, 21,121,372 | | |
| shares issued and outstanding | 21,121 | 21,121 |
| Additional paid-in capital | 3,592,053 | 3,592,053 |
| Statutory reserves | 3,689,941 | 3,689,941 |
| Retained earnings | 113,140,117 | 111,304,825 |
| Accumulated other comprehensive income | 10,268,543 | 9,903,223 |
| Total SinoCoking Coal and Coke Chemicals Industries, Inc's equity | 130,711,775 | 128,511,163 |
| | | |
| NONCONTROLLING INTERESTS | 4,331,600 | 4,331,600 |
| | | |
| Total equity | 135,043,375 | 132,842,763 |
| | | |
| Total liabilities and equity | $196,380,938 | $201,296,559 |

40.     On September 29, 2014, the Company filed a Form 10-K for the fiscal year ended June 30, 2014 with the SEC (the "2013 10-K"), which provided the Company's year-end financial results and position. The 2013 10-K was signed by Defendants J. Lv and S. Lv. The 2013 10-K also contained signed SOX certifications by Defendants J. Lv and S. Lv.

41.     The 2013 10-K included the following consolidated balance sheets:

SINOCOKING COAL AND COKE CHEMICAL INDUSTRIES, INC. AND SUBSIDIARIES

CONSOLIDATED BALANCE SHEETS

|  | June 30, | |
|---|---|---|
|  | 2014 | 2013 |
| ASSETS | | |
| CURRENT ASSETS | | |
| Cash | $       191,992 | $       782,018 |
| Restricted cash | - | 9,708,000 |
| Accounts receivable, trade | 8,946,435 | 9,474,197 |
| Other receivables and deposits | 5,787,232 | 4,334,370 |
| Loan receivables | 8,032,037 | 8,032,037 |
| Inventories | 7,419,821 | 3,018,909 |
| Advances to suppliers | 8,700,022 | 8,791,837 |
| Total current assets | 39,077,539 | 44,141,368 |
| | | |
| PLANT AND EQUIPMENT, net | 14,426,319 | 15,269,766 |
| | | |
| CONSTRUCTION IN PROGRESS | 40,389,961 | 40,224,821 |
| | | |
| OTHER ASSETS | | |
| Refundable deposit | 4,873,928 | 4,854,000 |
| Prepayments | 61,815,632 | 61,562,890 |
| Intangible assets, net | 32,305,697 | 32,244,071 |
| Long-term investments | 2,898,233 | 2,886,383 |
| Other assets | 113,725 | 113,260 |
| Total other assets | 102,007,215 | 101,660,604 |
| | | |
| Total assets | $195,901,034 | $201,296,559 |
| | | |
| LIABILITIES AND EQUITY | | |
| | | |
| CURRENT LIABILITIES | | |
| Current portion of long term loans | $ 20,795,425 | $ 50,158,000 |
| Accounts payable, trade | 2,978,326 | 183,504 |
| Notes payable | - | 9,708,000 |
| Other payables and accrued liabilities | 2,460,113 | 2,229,341 |
| Other payables - related party | 526,699 | 140,465 |
| Acquisition payable | 4,711,463 | 4,692,200 |
| Customer deposits | 79,701 | 208,815 |
| Taxes payable | 765,421 | 1,133,450 |
| Total current liabilities | 32,317,148 | 68,453,775 |
| | | |
| LONG TERM LIABILITIES | | |
| Long term loans | 29,243,566 | - |
| Warrants liability | 16 | 21 |
| Total long term liabilities | 29,243,582 | 21 |
| | | |
| Total liabilities | 61,560,730 | 68,453,796 |
| | | |
| COMMITMENTS AND CONTINGENCIES | | |
| | | |
| EQUITY | | |

| | | |
|---|---:|---:|
| Common stock, $0.001 par value, 100,000,000 shares authorized, 21,121,372 shares issued and outstanding | 21,121 | 21,121 |
| Additional paid-in capital | 3,592,053 | 3,592,053 |
| Statutory reserves | 3,689,941 | 3,689,941 |
| Retained earnings | 112,295,407 | 111,304,825 |
| Accumulated other comprehensive income | 10,410,182 | 9,903,223 |
| Total SinoCoking Coal and Coke Chemicals Industries, Inc's equity | 130,008,704 | 128,511,163 |
| | | |
| NONCONTROLLING INTERESTS | 4,331,600 | 4,331,600 |
| | | |
| Total equity | 134,340,304 | 132,842,763 |
| | | |
| Total liabilities and equity | $195,901,034 | $201,296,559 |

42.    On November 14, 2014, the Company filed a Form 10-Q for the quarter ended September 30, 2014 with the SEC (the "2014 Q1 10-Q"), which provided the Company's year-end financial results and position. The 2014 Q1 10-Q was signed by Defendants J. Lv and S. Lv. The 2014 Q1 10-Q also contained signed SOX certifications by Defendants J. Lv and S. Lv.

43.    The 2014 Q1 10-Q included the following consolidated balance sheets:

SINOCOKING COAL AND COKE CHEMICAL INDUSTRIES, INC. AND SUBSIDIARIES

CONDENSED CONSOLIDATED BALANCE SHEETS

| | September 30, 2014 | June 30, 2014 |
|---|---:|---:|
| | (Unaudited) | |
| ASSETS | | |
| CURRENT ASSETS | | |
| Cash | $ 11,580,213 | $ 191,992 |
| Accounts receivable, trade | 11,445,037 | 8,946,435 |
| Other receivables and deposits | 5,889,836 | 5,787,232 |
| Loans receivable | 3,532,037 | 8,032,037 |
| Inventories | 4,193,118 | 7,419,821 |
| Advances to suppliers | 8,437,466 | 8,700,022 |
| Prepaid expenses | 91,667 | - |
| Total current assets | 45,169,374 | 39,077,539 |
| | | |
| PLANT AND EQUIPMENT, net | 14,148,219 | 14,426,319 |
| | | |
| CONSTRUCTION IN PROGRESS | 47,425,916 | 40,389,961 |
| | | |
| OTHER ASSETS | | |
| Refundable deposit | 4,874,324 | 4,873,928 |
| Prepayments | 61,820,654 | 61,815,632 |
| Intangible assets, net | 32,290,633 | 32,305,697 |
| Long-term investments | 2,898,469 | 2,898,233 |
| Other assets | 113,734 | 113,725 |
| Total other assets | 101,997,814 | 102,007,215 |

| | | |
|---|---:|---:|
| Total assets | $ 208,741,323 | $195,901,034 |

LIABILITIES AND EQUITY

| | | |
|---|---:|---:|
| CURRENT LIABILITIES | | |
| Current maturity of long term loan | $  20,797,114 | $  20,795,425 |
| Accounts payable, trade | 673,449 | 2,978,326 |
| Other payables and accrued liabilities | 1,882,845 | 2,460,113 |
| Other payables - related party | 2,544,833 | 526,699 |
| Acquisition payable | 4,711,846 | 4,711,463 |
| Customer deposits | 79,707 | 79,701 |
| Taxes payable | 1,691,858 | 765,421 |
| Current portion of warrants liability | 3,994,869 | - |
| Total current liabilities | 36,376,521 | 32,317,148 |
| | | |
| LONG TERM LIABILITIES | | |
| Long term loan | 29,245,942 | 29,243,566 |
| Warrants liability | 8,080,425 | 16 |
| Total long term liabilities | 37,326,367 | 29,243,582 |
| | | |
| Total liabilities | 73,702,888 | 61,560,730 |
| | | |
| COMMITMENTS AND CONTINGENCIES | | |
| | | |
| EQUITY | | |
| Common stock, $0.001 par value, 100,000,000 shares authorized, 23,960,217 shares and 21,121,372 shares issued and outstanding as of September 30, 2014 and June 30, 2014, respectively | 23,960 | 21,121 |
| Additional paid-in capital | 6,845,636 | 3,592,053 |
| Statutory reserves | 3,689,941 | 3,689,941 |
| Retained earnings | 109,742,150 | 112,295,407 |
| Accumulated other comprehensive income | 10,405,148 | 10,410,182 |
| Total SinoCoking Coal and Coke Chemicals Industries, Inc's  equity | 130,706,835 | 130,008,704 |
| | | |
| NONCONTROLLING INTERESTS | 4,331,600 | 4,331,600 |
| | | |
| Total equity | 135,038,435 | 134,340,304 |
| | | |
| Total liabilities and equity | $ 208,741,323 | $195,901,034 |

44.     On February 12, 2015, the Company filed a Form 10-Q for the quarter ended December 31, 2014 with the SEC (the "2014 Q2 10-Q"), which provided the Company's year-end financial results and position. The 2014 Q2 10-Q was signed by Defendants J. Lv and S. Lv. The 2014 Q2 10-Q also contained signed SOX certifications by Defendants J. Lv and S. Lv.

45.     The 2014 Q2 10-Q included the following consolidated balance sheets:

SINOCOKING COAL AND COKE CHEMICAL INDUSTRIES, INC. AND SUBSIDIARIES

CONDENSED CONSOLIDATED BALANCE SHEETS

| | December 31, 2014 | June 30, 2014 |
|---|---|---|
| | (Unaudited) | |
| **ASSETS** | | |
| CURRENT ASSETS | | |
| Cash | $ 316,967 | $ 191,992 |
| Accounts receivable, trade | 17,742,845 | 8,946,435 |
| Other receivables and deposits | 5,930,399 | 5,787,232 |
| Loans receivable | 3,732,037 | 8,032,037 |
| Inventories | 2,392,834 | 7,419,821 |
| Advances to suppliers | 8,585,181 | 8,700,022 |
| Prepaid expenses | 71,668 | - |
| Total current assets | 38,771,931 | 39,077,539 |
| | | |
| PLANT AND EQUIPMENT, net | 21,787,531 | 14,426,319 |
| | | |
| CONSTRUCTION IN PROGRESS | 46,964,267 | 40,389,961 |
| | | |
| OTHER ASSETS | | |
| Refundable deposit | 4,881,224 | 4,873,928 |
| Prepayments | 61,908,164 | 61,815,632 |
| Intangible assets, net | 32,318,629 | 32,305,697 |
| Long-term investments | 2,902,572 | 2,898,233 |
| Other assets | 113,895 | 113,725 |
| Total other assets | 102,124,484 | 102,007,215 |
| | | |
| Total assets | $ 209,648,213 | $ 195,901,034 |
| | | |
| **LIABILITIES AND EQUITY** | | |
| | | |
| CURRENT LIABILITIES | | |
| Current maturity of long term loan | $ 50,113,895 | $ 20,795,425 |
| Accounts payable, trade | 5,788 | 2,978,326 |
| Other payables and accrued liabilities | 4,332,559 | 2,460,113 |
| Other payables - related party | 2,548,117 | 526,699 |
| Acquisition payable | 4,718,516 | 4,711,463 |
| Customer deposits | 79,820 | 79,701 |
| Taxes payable | 2,031,256 | 765,421 |
| Current portion of warrants liability | 1,061,749 | - |
| Total current liabilities | 64,891,700 | 32,317,148 |
| | | |
| LONG TERM LIABILITIES | | |
| Long term loan | - | 29,243,566 |
| Warrants liability | 5,560,681 | 16 |
| Total long term liabilities | 5,560,681 | 29,243,582 |
| | | |
| Total liabilities | 70,452,381 | 61,560,730 |
| | | |
| COMMITMENTS AND CONTINGENCIES | | |
| | | |
| EQUITY | | |
| Common stock, $0.001 par value, 100,000,000 shares authorized, 23,960,217 shares and 21,121,372 shares issued and outstanding | | |

| | | |
|---|---:|---:|
| as of December 31 and June 30, 2014, respectively | 23,960 | 21,121 |
| Additional paid-in capital | 6,845,636 | 3,592,053 |
| Statutory reserves | 3,689,941 | 3,689,941 |
| Retained earnings | 113,724,008 | 112,295,407 |
| Accumulated other comprehensive income | 10,580,687 | 10,410,182 |
| Total SinoCoking Coal and Coke Chemicals Industries, Inc's equity | 134,864,232 | 130,008,704 |
| | | |
| NONCONTROLLING INTERESTS | 4,331,600 | 4,331,600 |
| | | |
| Total equity | 139,195,832 | 134,340,304 |
| | | |
| Total liabilities and equity | $ 209,648,213 | $195,901,034 |

46.      On May 14, 2015, the Company filed a Form 10-Q for the quarter ended March 31, 2015 with the SEC (the "2014 Q3 10-Q"), which provided the Company's year-end financial results and position. The 2014 Q3 10-Q was signed by Defendants J. Lv and S. Lv.  The 2014 Q3 10-Q also contained signed SOX certifications by Defendants J. Lv and S. Lv.

47.      The 2014 Q3 10-Q included the following consolidated balance sheets:

SINOCOKING COAL AND COKE CHEMICAL INDUSTRIES, INC. AND SUBSIDIARIES

CONDENSED CONSOLIDATED BALANCE SHEETS

| | March 31, 2015 | June 30, 2014 |
|---|---:|---:|
| | (Unaudited) | |
| ASSETS | | |
| CURRENT ASSETS | | |
| Cash | $      103,831 | $      191,992 |
| Accounts receivable, net | 16,476,915 | 8,946,435 |
| Other receivables and deposits | 4,973,125 | 5,787,232 |
| Loans receivable | - | 8,032,037 |
| Inventories | 1,987,291 | 7,419,821 |
| Advances to suppliers | 9,302,744 | 8,700,022 |
| Prepaid expenses | 41,669 | - |
| Total current assets | 32,885,575 | 39,077,539 |
| | | |
| PLANT AND EQUIPMENT, net | 21,476,310 | 14,426,319 |
| | | |
| CONSTRUCTION IN PROGRESS | 47,159,165 | 40,389,961 |
| | | |
| OTHER ASSETS | | |
| Refundable deposits | 4,901,480 | 4,873,928 |
| Prepayments | 62,165,079 | 61,815,632 |
| Intangible assets, net | 32,434,960 | 32,305,697 |
| Long-term investments | 2,914,617 | 2,898,233 |
| Other assets | 114,368 | 113,725 |
| Total other assets | 102,530,504 | 102,007,215 |

| | | |
|---|---:|---:|
| Total assets | $204,051,554 | $195,901,034 |

LIABILITIES AND EQUITY

**CURRENT LIABILITIES**

| | | |
|---|---:|---:|
| Current portion of long term loans | $ 45,111,059 | $ 20,795,425 |
| Accounts payable, trade | 45,403 | 2,978,326 |
| Other payables and accrued liabilities | 2,951,444 | 2,460,113 |
| Other payables - related party | 1,893,226 | 526,699 |
| Acquisition payable | 4,738,098 | 4,711,463 |
| Customer deposits | 80,151 | 79,701 |
| Taxes payable | 1,637,330 | 765,421 |
| Current portion of warrants liability | 289,481 | - |
| Total current liabilities | 56,746,192 | 32,317,148 |

**LONG TERM LIABILITIES**

| | | |
|---|---:|---:|
| Long term loans | - | 29,243,566 |
| Warrants liability | 4,442,823 | 16 |
| Total long term liabilities | 4,442,823 | 29,243,582 |
| | | |
| Total liabilities | 61,189,015 | 61,560,730 |

**COMMITMENTS AND CONTINGENCIES**

**EQUITY**

| | | |
|---|---:|---:|
| Common stock, $0.001 par value, 100,000,000 shares authorized, 23,960,217 shares and 21,121,372 shares issued and outstanding as of March 31, 2015 and June 30, 2014, respectively | 23,960 | 21,121 |
| Additional paid-in capital | 6,846,397 | 3,592,053 |
| Statutory reserves | 3,689,941 | 3,689,941 |
| Retained earnings | 116,713,859 | 112,295,407 |
| Accumulated other comprehensive income | 11,256,782 | 10,410,182 |
| Total SinoCoking Coal and Coke Chemicals Industries, Inc's equity | 138,530,939 | 130,008,704 |
| | | |
| NONCONTROLLING INTERESTS | 4,331,600 | 4,331,600 |
| | | |
| Total equity | 142,862,539 | 134,340,304 |
| | | |
| Total liabilities and equity | $204,051,554 | $195,901,034 |

48. On October 13, 2015, the Company filed a Form 10-K for the fiscal year ended June 30, 2015 with the SEC (the "2014 10-K"), which provided the Company's year-end financial results and position. The 2014 10-K was signed by Defendants J. Lv and S. Lv. The 2014 10-K also contained signed SOX certifications by Defendants J. Lv and S. Lv.

49. The 2014 10-K included the following consolidated balance sheets:

HONGLI CLEAN ENERGY TECHNOLOGIES CORP. AND SUBSIDIARIES

CONSOLIDATED BALANCE SHEETS

|  | June 30, | |
|---|---|---|
|  | 2015 | 2014 |
| ASSETS | | |
| CURRENT ASSETS | | |
| Cash | $ 81,605 | $ 191,992 |
| Accounts receivable, net | 13,970,451 | 8,946,435 |
| Other receivables and deposits | 4,928,967 | 5,787,232 |
| Loans receivable | - | 8,032,037 |
| Inventories | 3,191,605 | 7,419,821 |
| Advances to suppliers | 8,216,127 | 8,700,022 |
| Prepaid expenses | 16,670 | - |
| Total current assets | 30,405,425 | 39,077,539 |
| | | |
| PLANT AND EQUIPMENT, net | 18,750,242 | 14,426,319 |
| | | |
| CONSTRUCTION IN PROGRESS | 65,420,768 | 40,389,961 |
| | | |
| OTHER ASSETS | | |
| Security deposit | - | 4,873,928 |
| Prepayments | 19,674,034 | 61,815,632 |
| Intangible assets, net | 56,355,185 | 32,305,697 |
| Long-term investments | 2,920,247 | 2,898,233 |
| Other assets | 114,589 | 113,725 |
| Total other assets | 79,064,055 | 102,007,215 |
| | | |
| Total assets | $193,640,490 | $195,901,034 |
| LIABILITIES AND EQUITY | | |
| CURRENT LIABILITIES | | |
| Current maturity of long-term loans | $ 44,471,220 | $ 20,795,425 |
| Accounts payable, trade | 70,164 | 2,978,326 |
| Other payables and accrued liabilities | 4,503,689 | 2,460,113 |
| Other payables - related party | 736,596 | 526,699 |
| Acquisition payable | 4,747,250 | 4,711,463 |
| Customer deposits | 80,306 | 79,701 |
| Taxes payable | 907,472 | 765,421 |
| Current portion of warrants liability | 289,481 | - |
| Total current liabilities | 55,806,178 | 32,317,148 |
| | | |
| LONG-TERM LIABILITIES | | |
| Long-term loans | - | 29,243,566 |
| Warrants liability | 2,626,168 | 16 |
| Total long-term liabilities | 2,626,168 | 29,243,582 |
| | | |
| Total liabilities | 58,432,346 | 61,560,730 |
| | | |
| COMMITMENTS AND CONTINGENCIES | | |
| | | |
| EQUITY | | |
| Common stock, $0.001 par value, 100,000,000 shares authorized, 23,960,217 shares and 21,121,372 shares issued and outstanding as of June 30, 2015 and 2014, respectively | 23,960 | 21,121 |
| Additional paid-in capital | 6,846,397 | 3,592,053 |
| Statutory reserves | 3,689,941 | 3,689,941 |
| Retained earnings | 108,831,633 | 112,295,407 |

| | | |
|---|---:|---:|
| Accumulated other comprehensive income | 11,484,613 | 10,410,182 |
| Total SinoCoking Coal and Coke Chemicals Industries, Inc's equity | 130,876,544 | 130,008,704 |
| | | |
| NONCONTROLLING INTERESTS | 4,331,600 | 4,331,600 |
| | | |
| Total equity | 135,208,144 | 134,340,304 |
| | | |
| Total liabilities and equity | $193,640,490 | $195,901,034 |

50.    On November 13, 2015, the Company filed a Form 10-Q for the quarter ended September 30, 2015 with the SEC (the "2015 Q1 10-Q"), which provided the Company's year-end financial results and position. The 2015 Q1 10-Q was signed by Defendants J. Lv and S. Lv. The 2015 Q1 10-Q also contained signed SOX certifications by Defendants J. Lv and S. Lv.

51.    The 2015 Q1 10-Q included the following consolidated balance sheets:

HONGLI CLEAN ENERGY TECHNOLOGIES CORP. AND SUBSIDIARIES

CONSOLIDATED BALANCE SHEETS

| | September 30, 2015 | June 30, 2015 |
|---|---:|---:|
| | (Unaudited) | |
| **ASSETS** | | |
| CURRENT ASSETS | | |
| Cash | $        139,233 | $        81,605 |
| Accounts receivable, net | 15,953,238 | 13,970,451 |
| Other receivables and deposits | 8,473 | 4,928,967 |
| Inventories | 5,947,825 | 3,191,605 |
| Advances to suppliers | 4,088,692 | 8,216,127 |
| Prepaid expenses | - | 16,670 |
| Total current assets | 26,137,461 | 30,405,425 |
| | | |
| PLANT AND EQUIPMENT, net | 24,025,967 | 18,750,242 |
| | | |
| CONSTRUCTION IN PROGRESS | 56,597,357 | 65,420,768 |
| | | |
| OTHER ASSETS | | |
| Security deposit | - | - |
| Prepayments | 18,915,410 | 19,674,034 |
| Intangible assets, net | 54,021,548 | 56,355,185 |
| Long-term investments | 2,807,643 | 2,920,247 |
| Other assets | 110,170 | 114,589 |
| Total other assets | 75,854,771 | 79,064,055 |
| | | |
| Total assets | $ 182,615,556 | $193,640,490 |
| | | |
| **LIABILITIES AND EQUITY** | | |

| | | |
|---|---:|---:|
| CURRENT LIABILITIES | | |
| Current maturity of long term loans | $  43,159,496 | $  44,471,220 |
| Accounts payable, trade | 275,501 | 70,164 |
| Other payables and accrued liabilities | 5,735,039 | 4,503,689 |
| Other payables - related party | 506,464 | 736,596 |
| Acquisition payable | - | 4,747,250 |
| Customer deposits | 77,210 | 80,306 |
| Taxes payable | 977,399 | 907,472 |
| Current portion of warrants liability | - | 289,481 |
| Total current liabilities | 50,731,109 | 55,806,178 |
| | | |
| LONG TERM LIABILITIES | | |
| Warrants liability | 380,237 | 2,626,168 |
| Total long term liabilities | 380,237 | 2,626,168 |
| | | |
| Total liabilities | 51,111,346 | 58,432,346 |
| | | |
| COMMITMENTS AND CONTINGENCIES | | |
| | | |
| EQUITY | | |
| Common stock, $0.001 par value, 100,000,000 shares authorized, 23,960,217 shares issued and outstanding as of September 30 and June 30, 2015, respectively | 23,960 | 23,960 |
| Additional paid-in capital | 6,846,397 | 6,846,397 |
| Statutory reserves | 3,689,941 | 3,689,941 |
| Retained earnings | 110,539,595 | 108,831,633 |
| Accumulated other comprehensive income | 6,072,717 | 11,484,613 |
| Total Hongli Clean Energy Technologies Corp.'s equity | 127,172,610 | 130,876,544 |
| | | |
| NONCONTROLLING INTERESTS | 4,331,600 | 4,331,600 |
| | | |
| Total equity | 131,504,210 | 135,208,144 |
| | | |
| Total liabilities and equity | $ 182,615,556 | $193,640,490 |

52.     On February 16, 2016, the Company filed a Form 10-Q for the quarter ended December 31, 2015 with the SEC (the "2015 Q2 10-Q"), which provided the Company's year-end financial results and position. The 2015 Q2 10-Q was signed by Defendants J. Lv and S. Lv. The 2015 Q2 10-Q also contained signed SOX certifications by Defendants J. Lv and S. Lv.

53.     The 2015 Q2 10-Q included the following consolidated balance sheets:

HONGLI CLEAN ENERGY TECHNOLOGIES CORP. AND SUBSIDIARIES

CONSOLIDATED BALANCE SHEETS

| | December 31, 2015 | June 30, 2015 |
|---|---|---|
| | (Unaudited) | |
| ASSETS | | |
| CURRENT ASSETS | | |

| | | |
|---|---:|---:|
| Cash | $        46,832 | $        81,605 |
| Accounts receivable, net | 13,654,667 | 13,970,451 |
| Other receivables and deposits | 8,605 | 4,928,967 |
| Inventories | 1,772,932 | 3,191,605 |
| Advances to suppliers | 2,689,182 | 8,216,127 |
| Prepaid expenses | - | 16,670 |
| Total current assets | 18,172,218 | 30,405,425 |
| | | |
| PLANT AND EQUIPMENT, net | 21,076,180 | 18,750,242 |
| | | |
| CONSTRUCTION IN PROGRESS, net | 32,194,455 | 65,420,768 |
| | | |
| OTHER ASSETS | | |
| Prepayments | 18,513,600 | 19,674,034 |
| Intangible assets, net | 33,687,664 | 56,355,185 |
| Long-term investments | 2,748,002 | 2,920,247 |
| Other assets | 107,830 | 114,589 |
| Total other assets | 55,057,096 | 79,064,055 |
| | | |
| Total assets | $126,499,949 | $193,640,490 |

LIABILITIES AND EQUITY

| | | |
|---|---:|---:|
| CURRENT LIABILITIES | | |
| Current maturity of long term loans | $  40,016,826 | $  44,471,220 |
| Accounts payable, trade | 390,564 | 70,164 |
| Other payables and accrued liabilities | 2,859,271 | 4,503,689 |
| Other payables - related party | 496,074 | 736,596 |
| Acquisition payable | - | 4,747,250 |
| Customer deposits | 75,570 | 80,306 |
| Taxes payable | 1,329,366 | 907,472 |
| Current portion of warrants liability | - | 289,481 |
| Total current liabilities | 45,167,671 | 55,806,178 |
| | | |
| LONG TERM LIABILITIES | | |
| Warrants liability | 111,094 | 2,626,168 |
| Total long term liabilities | 111,094 | 2,626,168 |
| | | |
| Total liabilities | 45,278,765 | 58,432,346 |
| | | |
| COMMITMENTS AND CONTINGENCIES | | |
| | | |
| EQUITY | | |
| Common stock, $0.001 par value, 100,000,000 shares authorized, 23,960,217 shares issued and outstanding as of December 31 and June 30, 2015, respectively | 23,960 | 23,960 |
| Additional paid-in capital | 6,846,397 | 6,846,397 |
| Statutory reserves | 3,689,941 | 3,689,941 |
| Retained earnings | 61,850,183 | 108,831,633 |
| Accumulated other comprehensive income | 4,479,103 | 11,484,613 |
| Total Hongli Clean Energy Technologies Corp.'s equity | 76,889,584 | 130,876,544 |
| | | |
| NONCONTROLLING INTERESTS | 4,331,600 | 4,331,600 |
| | | |
| Total equity | 81,221,184 | 135,208,144 |

| | | |
|---|---|---|
| Total liabilities and equity | $126,499,949 | $193,640,490 |

54.     On May 23, 2016, the Company filed a Form 10- Q for the quarter ended March 31, 2016 with the SEC (the "2015 Q3 10-Q"), which provided the Company's year-end financial results and position. The 2015 Q3 10-Q was signed by Defendants J. Lv and S. Lv. The 2015 Q3 10-Q also contained signed SOX certifications by Defendants J. Lv and S. Lv.

55.     The 2015 Q3 10-Q included the following consolidated balance sheets:

HONGLI CLEAN ENERGY TECHNOLOGIES CORP. AND SUBSIDIARIES

CONSOLIDATED BALANCE SHEETS

| | March 31, 2016 (Unaudited) | June 30, 2015 |
|---|---|---|
| **ASSETS** | | |
| CURRENT ASSETS | | |
| Cash | $      67,522 | $      81,605 |
| Accounts receivable, net | 3,532,687 | 13,970,451 |
| Other receivables and deposits | 6,440,435 | 4,928,967 |
| Inventories | 710,519 | 3,191,605 |
| Advances to suppliers | - | 8,216,127 |
| Prepaid expenses | - | 16,670 |
| Total current assets | 10,751,163 | 30,405,425 |
| | | |
| PLANT AND EQUIPMENT, net | 14,464,389 | 18,750,242 |
| | | |
| CONSTRUCTION IN PROGRESS, net | - | 65,420,768 |
| | | |
| OTHER ASSETS | | |
| Prepayments | - | 19,674,034 |
| Intangible assets, net | 1,603,655 | 56,355,185 |
| Long-term investments | 1,240,435 | 2,920,247 |
| Other assets | - | 114,589 |
| Total other assets | 2,844,090 | 79,064,055 |
| | | |
| Total assets | $28,059,642 | $193,640,490 |
| | | |
| **LIABILITIES AND EQUITY** | | |
| | | |
| CURRENT LIABILITIES | | |
| Current maturity of long term loans | $     273,769 | $ 44,471,220 |
| Accounts payable, trade | 182,214 | 70,164 |
| Other payables and accrued liabilities | 698,751 | 4,503,689 |
| Other payables - related party | 576,075 | 736,596 |
| Acquisition payable | - | 4,747,250 |
| Customer deposits | - | 80,306 |
| Taxes payable | 360,746 | 907,472 |
| Current portion of warrants liability | - | 289,481 |

| | | |
|---|---:|---:|
| Total current liabilities | 2,091,555 | 55,806,178 |
| **LONG TERM LIABILITIES** | | |
| Long term loans | - | - |
| Warrants liability | 111,094 | 2,626,168 |
| Total long term liabilities | 111,094 | 2,626,168 |
| | | |
| Total liabilities | 2,202,649 | 58,432,346 |
| | | |
| **COMMITMENTS AND CONTINGENCIES** | | |
| | | |
| **EQUITY** | | |
| Common stock, $0.001 par value, 100,000,000 shares authorized, 23,960,217 shares issued and outstanding as of March 31, 2016 and June 30, 2015, respectively | 23,960 | 23,960 |
| Additional paid-in capital | 6,318,600 | 6,846,397 |
| Statutory reserves | 2,064,961 | 3,689,941 |
| Retained earnings | 12,557,470 | 108,831,633 |
| Accumulated other comprehensive income | 4,892,002 | 11,484,613 |
| Total Hongli Clean Energy Technologies Corp's equity | 25,856,993 | 130,876,544 |
| | | |
| NONCONTROLLING INTERESTS | - | 4,331,600 |
| | | |
| Total equity | 25,856,993 | 135,208,144 |
| | | |
| Total liabilities and equity | $28,059,642 | $193,640,490 |

56.    The statements made by the Company throughout the Class Period on its balance sheets were materially false and misleading and/or omitted material adverse facts concerning the Company's business, operational and financial results, which were known to Defendants or recklessly disregarded by them.  In particular, Defendants made false and misleading statements and/or failed to disclose, *inter alia*, that: (1) the Company did not properly record the impairment of its assets on its balance sheets and in its public filings; and (2) as a result, the Company's public statements were materially false and misleading at all relevant times.

### **The Truth Emerges**

57.    On April 7, 2017, NASDAQ halted trading of the Company's securities.

58.    On April 21, 2017, the Company filed a current report on Form 8-K with the SEC disclosing that Hongli dismissed its independent auditor, which stated, in pertinent part:

ITEM 4.01 CHANGES IN REGISTRANT'S CERTIFYING ACCOUNTANT.

(a) ***Effective April 18, 2017, the registrant dismissed KSP GROUP, INC. ("KSP") as its independent auditors***. This action was approved by the Audit Committee of the registrant's Board of Directors (the "Board"), and ratified by the Board. This decision was made by the registrant because it fears that KSP may be viewed as a successor to the firm Kabani & Kabani, whose registration was recently revoked by the PCAOB. KSP apparently does not hold itself out as a successor organization, and remains in good standing with the PCAOB, but the registrant decided to find a new auditor nonetheless.

***KSP has not issued an audit or other opinion on any of the financial statements of the registrant, and there have been (i) no disagreements between the registrant and KSP on any matters of accounting principles or practices, financial statement disclosure, or auditing scope or procedures, which disagreements, if not resolved to the satisfaction of KSP, would have caused KSP to make reference to the subject matter of the disagreement in its reports on the registrant's financial statements for such periods, and (ii) no adverse opinions, qualifications, disagreements or reportable events within the meaning set forth in Item 304(a)(1)(ii), (iv) or (v) of Regulation S-K.***

The registrant provided KSP with a copy of the disclosures contained herein and requested that KSP furnish it with a letter addressed to the Securities and Exchange Commission stating whether or not KSP agrees with its statements in this Item 4.01. A copy of the letter, if any, furnished by KSP in response to such request, will be filed as Exhibit 16 to an amendment to this Form 8-K filed promptly after receipt thereof.

(b) Effective April 19, 2017, the registrant engaged Wei Wei & Co., LLP, Certified Public Accountants ("Wei"), as its independent auditors to audit the registrant's financial statements for the year ended June 30, 2016 and to review the registrant's financial statements for the quarters ended September 30, 2016, December 31, 2016 and March 31, 2017. The decision to engage Wei was recommended by the Audit Committee of the registrant's Board of Directors.

During the registrant's two most recent fiscal years and through the date of the engagement of Wei, the registrant did not consult with Wei regarding either (1) the application of accounting principles to a specified transaction, either completed or proposed, or the type of audit opinion that might be rendered on the registrant's financial statements, or (2) any matter that was either the subject of a disagreement (as defined in Item 304(a)(1)(iv) of Regulation S-K) or a reportable event (as defined in Item 304(a)(1)(v) of Regulation S-K).

Prior to the engagement of Wei, Wei did not provide the registrant with any written or oral advice that Wei concluded was an important factor considered by the registrant in reaching any decision as to any accounting, auditing or financial reporting issue. (Emphasis added).

59. On April 26, 2017, the Company filed a current report on Form 8-K with the SEC

disclosing that KSP had in fact had a disagreement with the Company, which stated, in pertinent

part:

> (a) Effective April 18, 2017, the registrant dismissed KSP GROUP, INC. ("KSP") as its independent auditors. This action was approved by the Audit Committee of the registrant's Board of Directors (the "Board"), and ratified by the Board. KSP has not issued an audit report or other opinion on any of the financial statements of the registrant, so there was no adverse opinion, disclaimer, qualification or modification as described in Item 304(a)(1)(ii) of Regulation S-K.
>
> *As noted above, KSP has advised the registrant that KSP believes a disagreement existed with the registrant at the time KSP was advised of its dismissal. Specifically, KSP believes that the registrant needed to obtain a valuation report from an independent valuation firm to assess whether certain assets reflected in the financial statements of the registrant were properly valued at the time of acquisition and net of impairment during subsequent periods. KSP's position is based on its belief that the significant impairment and loss on disposal recorded during the period ended March 31, 2016 may have occurred prior to that period. KSP discussed the subject matter of this request with management of the registrant but did not discuss the issue with the audit or similar committee of the board of directors or with the board of directors itself.* The registrant has authorized the KSP to respond fully to the inquiries of the successor auditor concerning the subject matter of the disagreement.
>
> The registrant provided KSP with a copy of the disclosures contained herein and requested that KSP furnish it with a letter addressed to the Securities and Exchange Commission stating whether or not KSP agrees with its statements in this Item 4.01. A copy of the letter furnished by KSP in response to such request, is filed as Exhibit 16 to this Form 8-K. (Emphasis added).

60. The April 26, 2017 Form 8-K also contained KSP's letter to the SEC as an

attachment. The KSP letter stated:

April 26, 2017

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549

The Company filed an 8K on April 21, 2017 which was not provided to us for our review before the filing. We disagree with the contents (Para 1) of the 8K filed on April 21, 2017. We have been provided with an amended 8K/A dated April 24,

2017, through which we came to know about our termination as the auditor. We have read the statements of the Company, included under Item 4.01 of its Form 8-K/A and agree with such statements concerning our firm contained in Item (a) on page 1 therein except the following. We have no basis to agree or disagree with other statements of the registrant contained therein.

The Company engaged us as the auditor on August 29, 2016, to audit the financial statements for the year ended June 30, 2016. Prior to our engagement as the auditor, the Company filed its 10K for the year ended June 30, 2015 on October 13, 2015. The 10K contained the financial statement audited by another auditor, reflecting the total assets of $193,640,490. Subsequently on May 23, 2016, the Company filed a 10Q for the period ended March 31, 2016. The financial statements included in the 10Q for the period ended March 31, 2016, reviewed by another auditor, showed the total assets of $28,059,642, thereby showing the total impairment of $44,892,912 and the total loss on disposal of assets amounting $61,347,381. *We did not agree with the Company that the entire loss (Impairment as well as loss on disposal) of $106,240,293 occurred in the nine-month period ended June 30, 2016. We believe that the impairment of these assets did not occur instantly in the period ended March 31, 2016, but occurred prior to July 1, 2015. Therefore, all the prior financial statements (audited as well as reviewed) and filed with the Securities and Exchange Commission, should be re-evaluated based upon actual valuation of the assets on each Balance Sheet date, and be restated to reflect the assets at the impaired amounts.* We believe that the impairment expenses related to these assets should have been recorded in the respective periods when the impairments actually occurred. We had communicated this matter to the management of the company and had suggested to the management to engage an independent valuation firm to value the assets of the company in the prior periods, to evaluate the true value of impairment in each period. To the date of our termination, we had not received a final valuation report from an independent valuation Company. Therefore, we were unable to finish the audit.

KSP Group, Inc.

Los Angeles, CA

(Emphasis added).

61.     Critically, the KSP letter called for *all prior financial statements at the time of acquisition and net of impairment during subsequent periods* to be re-evaluated.

62.     As a result of Defendant's wrongdoing, the Company's securities have been suspended from trading and are illiquid and worthless.

63.    Defendants' wrongful acts and omissions have resulted in the precipitous decline in the market value of the Company's securities, causing Plaintiff and other Class members to suffer significant losses and damages.

## CLASS ACTION ALLEGATIONS

64.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired the publically traded securities of Hongli during the Class Period (the "Class"), and were damaged upon the revelation of the alleged corrective disclosure. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

65.    The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, the Company's securities were actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by the Company or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

66.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

67.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

68.     Plaintiff has no interests antagonistic to or in conflict with those of the Class.

69.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

    a.  whether Defendants' acts as alleged violated the federal securities laws;

    b.  whether Defendants' statements to the investing public during the Class Period misrepresented material facts about the financial condition, business, operations, and management of the Company;

    c.  whether Defendants' statements to the investing public during the Class Period omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

    d.  whether the Individual Defendants caused the Company to issue false and misleading SEC filings and public statements during the Class Period;

    e.  whether Defendants acted knowingly or recklessly in issuing false and misleading SEC filings and public statements during the Class Period;

    f.  whether the prices of the Company's securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

    g.  whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

70.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

71.     Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

a.  Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

b.  the omissions and misrepresentations were material;

c.  the Company's securities are traded in efficient markets;

d.  the Company's securities were liquid and traded with moderate to heavy volume during the Class Period;

e.  the Company traded on the NASDAQ, and was covered by multiple analysts;

f.  the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; Plaintiff and members of the Class purchased and/or sold the Company's securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts; and

g.  unexpected material news about the Company was rapidly reflected in and incorporated into the Company's stock price during the Class Period.

72.     Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

73.     Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## COUNT I

### Violation of Section 10(b) of the Exchange Act and Rule 10b-5 Against all Defendants

74.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

75.     This Count is asserted against the Company and the Individual Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

76.     During the Class Period, the Company and the Individual Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

77.     The Company and the Individual Defendants violated §10(b) of the Exchange Act and Rule 10b-5 in that they: employed devices, schemes and artifices to defraud; made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading;

and/or engaged in acts, practices and a course of business that operated as a fraud or deceit upon Plaintiff and others similarly situated in connection with their purchases of the Company's securities during the Class Period.

78.     The Company and the Individual Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated, or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws. These defendants by virtue of their receipt of information reflecting the true facts of the Company, their control over, and/or receipt and/or modification of the Company's allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning the Company, participated in the fraudulent scheme alleged herein.

79.     The Individual Defendants, who are the senior officers and/or directors of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiff and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or other personnel of the Company to members of the investing public, including Plaintiff and the Class.

80.     As a result of the foregoing, the market price of the Company's securities was artificially inflated during the Class Period. In ignorance of the falsity of the Company's and the Individual Defendants' statements, Plaintiff and the other members of the Class relied on the statements described above and/or the integrity of the market price of the Company's securities

during the Class Period in purchasing the Company's securities at prices that were artificially inflated as a result of the Company's and the Individual Defendants' false and misleading statements.

81.     Had Plaintiff and the other members of the Class been aware that the market price of the Company's securities had been artificially and falsely inflated by the Company's and the Individual Defendants' misleading statements and by the material adverse information which the Company's and the Individual Defendants did not disclose, they would not have purchased the Company's securities at the artificially inflated prices that they did, or at all.

82.     As a result of the wrongful conduct alleged herein, Plaintiff and other members of the Class have suffered damages in an amount to be established at trial.

83.     By reason of the foregoing, the Company and the Individual Defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder and are liable to the Plaintiff and the other members of the Class for substantial damages which they suffered in connection with their purchases of the Company's securities during the Class Period.

## COUNT II

### Violation of Section 20(a) of the Exchange Act Against the Individual Defendants

84.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

85.     During the Class Period, the Individual Defendants participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business affairs. Because of their senior positions, they knew the adverse non-public information regarding the Company's business practices.

86.    As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to the Company's financial condition and results of operations, and to correct promptly any public statements issued by the Company which had become materially false or misleading.

87.    Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which the Company disseminated in the marketplace during the Class Period. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause the Company to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of the Company's securities.

88.    Each of the Individual Defendants, therefore, acted as a controlling person of the Company. By reason of their senior management positions and/or being directors of the Company, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, the Company to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of the Company and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

89.    By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

A.    Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.    Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C.    Awarding Plaintiff and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.    Awarding such other and further relief as this Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: June 28, 2017                          Respectfully submitted,

                                              **LIFSHITZ & MILLER LLP**

                                              By: */s/ Joshua M. Lifshitz*_____
                                              Joshua M. Lifshitz
                                              821 Franklin Ave, Suite 209
                                              Garden City, NY 11530
                                              Telephone: (516) 493-9780
                                              Facsimile: (516) 280-7376
                                              Email: jml@jlclasslaw.com

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, GLENN ELLIS, hereby certify that:

I have reviewed the Complaint and authorized its filing for the filing of a Motion for Lead Plaintiff on my behalf. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary. My transactions in CETC FORMERLY SCOK securities that are the subject of this litigation during the Class Period are attached hereto as Exhibit A. I have not served as or sought to serve as a representative party on behalf of a Class under this title during the last three years. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the Court, including the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

The foregoing are, to the best of my knowledge and belief, true and correct statements.

Executed on 05/19/2017

Signature

**Exhibit A**

My transactions in Hongli Clean Energy Technologies Corp. (CETC) securities that are the subject of this litigation during the class period set forth in the complaint are as follows (P indicates a purchase, S indicates a sale):

| Security | Date | Sale | Purchase | Number of Shares | Price per Share |
|----------|------|------|----------|------------------|-----------------|
| CETC | 09/04/2015 | | P | 100 | $0.7451 |
| CETC | 09/04/2015 | | P | 9,600 | $0.75 |
| CETC | 09/02/2015 | | P | 300 | $0.75 |
| CETC | 09/02/2015 | | P | 10,000 | $0.7499 |
| CETC | 03/23/2015 | | P | 14,300 | $2.4999 |
| CETC | 03/23/2015 | | P | 5,700 | $2.50 |
| CETC | 03/10/2015 | | P | 10,000 | $2.6299 |
| CETC | 01/09/2015 | | P | 258 | $2.85 |
| CETC | 01/08/2015 | | P | 9,072 | $2.85 |
| CETC | 01/06/2015 | | P | 670 | $2.85 |
| CETC | 10/02/2014 | | P | 10,000 | $3.66 |
| CETC | 10/01/2014 | | P | 10,000 | $3.66 |
| CETC | 09/19/2014 | | P | 3,900 | $4.0999 |
| CETC | 09/19/2014 | | P | 6,100 | $4.10 |
| CETC | 09/19/2014 | | P | 5,200 | $4.1899 |
| CETC | 09/19/2014 | | P | 4,800 | $4.19 |
| CETC | 09/18/2014 | | P | 4,600 | $4.3999 |
| CETC | 09/18/2014 | | P | 9,400 | $4.40 |
| CETC | 09/18/2014 | | P | 10,000 | $4.50 |
| CETC | 09/18/2014 | | P | 5,000 | $5.00 |
| CETC | 09/18/2014 | | P | 3,000 | $5.10 |
| CETC | 09/18/2014 | | P | 3,000 | $5.20 |
| CETC | 09/18/2014 | | P | 5,000 | $5.35 |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
GLENN ELLIS, Individually and on Behalf of All Others Similarly Situated,

**(b)** County of Residence of First Listed Plaintiff    Tarrant County, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Joshua M. Lifshitz, LIFSHITZ & MILLER LLP
821 Franklin Ave, Suite 209, Garden City, NY 11530
(516) 493-9780

## DEFENDANTS
HONGLI CLEAN ENERGY TECHNOLOGIES CORP., JIANHUA LV, SONG LV and ZAN WU,

County of Residence of First Listed Defendant
   *(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government Plaintiff
- ☒ 3   Federal Question *(U.S. Government Not a Party)*
- ☐ 2   U.S. Government Defendant
- ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & / ☐ 367 Health Care/ |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Product Liability |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / ☐ 368 Asbestos Personal |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
|  | ☐ 340 Marine / Injury Product |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / Liability |  | **LABOR** / **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act / ☐ 861 HIA (1395ff) | | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle / ☐ 370 Other Fraud | ☐ 720 Labor/Management / ☐ 862 Black Lung (923) | | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | Product Liability / ☐ 371 Truth in Lending | Relations / ☐ 863 DIWC/DIWW (405(g)) | | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 360 Other Personal / ☐ 380 Other Personal | ☐ 740 Railway Labor Act / ☐ 864 SSID Title XVI | | ☐ 891 Agricultural Acts |
|  | Injury / Property Damage | ☐ 751 Family and Medical / ☐ 865 RSI (405(g)) | | ☐ 893 Environmental Matters |
|  | ☐ 362 Personal Injury - / ☐ 385 Property Damage | Leave Act | | ☐ 895 Freedom of Information Act |
|  | Medical Malpractice / Product Liability | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate |  |  |  |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / Sentence |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - / ☐ 530 General |  |  |  |
| ☐ 290 All Other Real Property | Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
|  | ☐ 446 Amer. w/Disabilities - / **Other:** | ☐ 462 Naturalization Application |  |  |
|  | Other / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 448 Education / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original Proceeding
- ☐ 2   Removed from State Court
- ☐ 3   Remanded from Appellate Court
- ☐ 4   Reinstated or Reopened
- ☐ 5   Transferred from Another District *(specify)*
- ☐ 6   Multidistrict Litigation - Transfer
- ☐ 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. 78j(b) and 78t(a), and 17 C.F.R. 240.10b-5
Brief description of cause:
Violations of the Securities Exchange Act of 1934

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   William J. Martini    DOCKET NUMBER   2:17-cv-3244

DATE
06/28/2017

SIGNATURE OF ATTORNEY OF RECORD
/s/ Joshua M. Lifshitz

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____